IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                INDICTMENT 1:24cr23 AW

EXAVIER LAMARIOUS KELLOGG
_____/

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 27, 2024, in the Northern District of Florida, the defendant,

**EXAVIER LAMARIOUS KELLOGG,**

did knowingly transfer and possess a machinegun, to wit, an auto sear, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,



EXAVIER LAMARIOUS KELLOGG,

knowingly committed the violation set forth in Count One, any and all interest that this defendant has in the firearms involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 26, United States Code, Section 5872.

TRUE BILL:

*Redacted*

\_\_\_\_\_8/27/24\_\_\_\_\_
DATE

_____
JASON R. COODY
United States Attorney

_____
DAVID P. BYRON
Assistant United States Attorney