IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No: 1:24cr23-AW-MAL

EXAVIER LAMARIOUS KELLOGG
_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, provides this factual basis for the acceptance of the guilty plea of Defendant Exavier Lamarious Kellogg ("Defendant"). Should this case proceed to trial, the government is prepared to present evidence as follows:

On May 4, 2022, the Defendant pled no contest in Alachua County, Florida state court to the offenses of aggravated assault with a deadly weapon and possession of a weapon by a delinquent. As part of the resulting sentence, the Defendant was placed on a period of community control and was prohibited from owning firearms or ammunition. The Defendant was also required to allow State of Florida Probation officers entry into his residence to conduct inspections during the period of supervision.

Filed in Open Court
_____ 11-6-24
Clerk, U.S. District Court
Northern District of Florida

While the Defendant was on community control, Florida law enforcement discovered video that appeared to show the Defendant in possession of firearms. On June 27, 2024, Florida Probation officers, accompanied by Gainesville Police Department ("GPD") officers, conducted an inspection of the Defendant's residence, which is located in the Northern District of Florida. During the course of Probation's search of the Defendant's bedroom, Probation Officers discovered a wallet, identification, and paperwork bearing the Defendant's name, and located a backpack containing a loaded AR-style firearm magazine. Officers also observed what appeared to be an AR-style rifle in the Defendant's closet.

Following discovery of the evidence, GPD cleared the Defendant's residence and obtained a warrant authorizing search of the residence. Execution of that search warrant led to the seizure of a Palmetto AR-15 style rifle, a black rifle magazine loaded with ammunition inserted in the rifle, handgun ammunition, and a "Glock switch" auto sear adapter located on the bedroom windowsill. The seized auto sear was later examined by ATF and determined to be a part designed and intended solely for use in converting a weapon into a machinegun, and as such is a machinegun as defined under Federal law. The Defendant had the power and intention to control the machinegun located in his bedroom, and therefore had constructive possession of the machinegun on June 27, 2024.

2

Subsequent forensic extraction of the Defendant's cell phone pursuant to search warrant revealed photographs of the Defendant in possession of a Glock pistol with a "Glock switch" attached, as well as the Defendant observing another individual firing multiple rounds through one pull of the trigger of a Glock with a "Glock switch" attached. As a result, the Defendant knew that the "Glock Switch" was in fact a machinegun.

## ELEMENTS OF THE OFFENSE-COUNT ONE

(1) the Defendant possessed a machine gun;

(2) the Defendant knew it was a machine gun or was aware of the firearm's essential characteristics that made it a "machine gun" as defined.

_____
DARREN JOHNSON, ESQ.
Attorney for Defendant

11/6/2024
Date

_____
EXAVIER LAMARIOUS KELLOGG
Defendant

JASON R. COODY
United States Attorney

_____
DAVID P. BYRON
Florida Bar No. 0105777
Assistant United States Attorney
Northern District of Florida
401 SE First Ave, Ste 211
Gainesville, Florida 32601
(352) 378-0996
David.byron@usdoj.gov

11/6/2024
Date

3